UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                                Case No. 18-CR-160

MICHAEL H BRUM,

      Defendant.

**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE**

On November 9, 2018, Michael H. Brum entered a guilty plea to Making a False Statement During a Firearm Purchase. On February 8, 2019, he was sentenced to time served and two years of supervised release. Brum has filed a motion for early termination based on his compliance with all conditions of supervision. He has completed one year of his supervised release, paid all fines, and has completed his ordered community service. The Government and Probation do not object. Based upon the foregoing, the motion is GRANTED and supervised release is hereby terminated.

Dated at Green Bay, Wisconsin this 26th day of March, 2020.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, District Judge
                                                  United States District Court